**From:** Info Carolyn Daley <info@carolyndaleyscottesq.com>
**Date:** November 18, 2022 at 3:52:24 PM EST
**To:** Reese Gering REDACTED , nyc@marshalbiegel.com
**Subject:** RE: Nonexistent Judgment

Good Afternoon,

A email was sent to the Marshal on 11/9/22 to withdraw and close the execution so the funds should be released back to you.

In addition a $100.00 refund of the bank fee that was charged to you was mailed to you from our office on 11/14/22.

Thank you,

Michelle Parada

Sent from Mail for Windows

---

**From:** Reese Gering
**Sent:** Friday, November 18, 2022 3:21 PM
**To:** Info Carolyn Daley; nyc@marshalbiegel.com
**Subject:** Nonexistent Judgment

Dear Ms. Scott and Marshal Biegel:

Please see the attached letter detailing how you are attempting to collect on a nonexistent judgment. Please release my bank account, return any levied money, and cancel or return any fees charged immediately.

Thanks,
Charisse Tavano