**From:** Info Carolyn Daley <info@carolyndaleyscottesq.com>
**Date:** December 27, 2022 at 10:49:12 AM EST
**To:** Reese Gering REDACTED
**Subject:** RE: Tavano

We spoke to the Marshal and this was their response –

A check was then inadvertently remitted—check no.44177—in the amount of $286.82

We have issued you a refund for that amount on Friday 12/23 that you should receive today in the mail. They are also issuing a refund for their fees.

Thank you.
Sent from Mail for Windows

---

**From:** Reese Gering
**Sent:** Wednesday, December 21, 2022 9:39 AM
**To:** Info Carolyn Daley
**Subject:** Re: Tavano

I'm sure you can go through your emails and find it. I am the girl who had no judgement against me but, you took my money anyway. You also emailed me that you sent a check to cover the legal fees and you did not.
Charisse Tavano

Sent from my iPhone

> On Dec 21, 2022, at 9:05 AM, Info Carolyn Daley <info@carolyndaleyscottesq.com> wrote:
>
> Do you have your case number so I can look up your file if not kindly call our office at 631 938-1189 so we can locate your file.
>
> Thank you.
>
> Sent from Mail for Windows
>
> **From:** Reese Gering
> **Sent:** Tuesday, December 20, 2022 6:13 PM
> **To:** Info Carolyn Daley
> **Subject:** Tavano
>
> Hello, I've never received the money for the legal fee that you told me you sent to me. Moreover, I've never received the money back to my account that you took with when you had NO judgement against me to take it. Please reply asap.
>
> Sent from my iPhone