UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHARISSE TAVANO,                                      Case No: 23-cv-08835

                          Plaintiff,             **NOTICE OF APPEARANCE**

    -against-

CAROLYN DALEY SCOTT, and
HK RECOVERY GROUP, INC.,

                          Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that Nicholas P. Chrysanthem, Esq., of MARSHALL DENNEHEY, P.C., appears for the Defendants, CAROLYN DALEY SCOTT, and HK RECOVERY GROUP, INC., and respectfully requests that all other papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       January 17, 2024      Yours, etc.,

                           **MARSHALL DENNEHEY, P.C.**

                 By: _____
                           Nicholas P. Chrysanthem, Esq.
                           *Attorneys for Defendants*
                           *Wall Street Plaza, 88 Pine Street, 21st Floor*
                           *New York, New York 10005*
                           *Tel.: (212) 376-6400/(631) 232-6130*

TO:   **ALL PARTIES IA NYSCEF**

# AFFIDAVIT OF SERVICE
## VIA NYSCEF

Case No: 23-cv-08835

STATE OF NEW YORK　　　)
　　　　　　　　　　　　) ss.:
COUNTY OF SUFFOLK　　　)

　　DONNA M. SANDERSON, being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Suffolk County, New York.

　　That on the 17th day of January, 2024, deponent served the within NOTICE OF APPEARANCE upon all parties as appearing on the Supreme Court, State of New York Electronic Filing Website, at the e-mail addresses designated by said parties in this matter for that purpose.

　　　　　　　　　　　　　　　　　　　　　　　_Donna M. Sanderson_
　　　　　　　　　　　　　　　　　　　　　　　DONNA M. SANDERSON

Sworn to before me this
17th day of January 2024.

STEPHANIE M. NIXON
Notary Public, State of New York
No. 01N16151133
Qualified in Nassau County
Commission Expires August 14, 2026