# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026  
WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com  
Telephone: (718) 522-7900  
Fax: (877) 496-7900

February 14, 2024

VIA ECF  
Hon. Mary Kay Vyskocil  
United States District Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

      Re:    **Consent Motion to Adjourn Initial Conference from March 1, 2024 to March 5, 6, 12, 13, 18, 19, 20, or 22, 2024.**  
             *Tavano v. Scott, et al.,* **Case 1:23-cv-08835-MKV**

Dear Judge Vyskocil:

    The undersigned, along with CAMBA Legal Services, represents Plaintiff Charisse Tavano in this suit against Defendants for their violations of the Fair Debt Collection Practices Act, and for related claims.

    Plaintiff's counsel has an all-day conflict in another case on March 1, 2024. Accordingly, Plaintiff requests that the initial conference in this matter currently scheduled for March 1, 2024 be adjourned to March 5, 6, 12, 13, 18, 19, 20, or 22, 2024 at 10 AM or any time thereafter. Defendants have consented to this request. This is the first request for an adjournment of the initial conference. Because a scheduling order has not yet been set, this adjournment will not affect any other deadlines.

Respectfully,

    /s/

Emma Caterine

cc: all attorneys of record via ECF