```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARISSE TAVANO,

                Plaintiff,

-against-

HK RECOVERY GROUP, INC. and CAROLYN DALEY SCOTT,

                Defendants.

23-cv-8835 (MKV)

ORDER TO SHOW CAUSE

MARY KAY VYSKOCIL, United States District Judge:

      In an Order dated February 14, 2024, the Court scheduled an Initial Pretrial Conference to take place by telephone on March 1, 2024 and the Court directed the parties to file both a Proposed Case Management and a joint letter containing certain information one week in advance of the Initial Conference. Rule 3(C) of the Court's Individual Rules of Practice in Civil Cases likewise provides that parties must submit a joint letter one week before the Initial Conference. The parties timely filed a Proposed Case Management [ECF No. 23]. However, to date, they have not filed the joint letter that they were required to file last week.

      Accordingly, IT IS HEREBY ORDERED that, by noon on March 1, 2024, the parties shall file: (1) the joint letter described in the Court's February 14, 2024 Order; and (2) letters showing cause why they should not be sanctioned for failure to comply with a Court order and the Court's Individual Rules. **The parties are on notice that failure to comply with the Court's order and Rules may result in sanctions, including monetary fines; preclusion of claims, defenses, and evidence; dismissal of this action with prejudice for failure to prosecute, and default judgment. Plaintiff personally is on notice that she is ultimately responsible for prosecuting this case, which may be dismissed because of her chosen counsel's conduct.**

1

IT IS FURTHER ORDERED that the Initial Conference that was scheduled to take place on March 1, 2024 is adjourned *sine die*.

The parties must immediately begin to exchange discovery, in accordance with the Court's February 14, 2024 Order and Rule 26 of the Federal Rules of Civil Procedure.

The Clerk of Court respectfully is requested to terminate the letter motion at ECF 22.

**SO ORDERED.**

Date:  **February 28, 2024**    **MARY KAY VYSKOCIL**
       **New York, NY**    **United States District Judge**