# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026  
WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com  
Telephone: (718) 522-7900  
Fax: (877) 496-7900

March 8, 2024

VIA ECF  
Hon. Mary Kay Vyskocil  
United States District Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

  **Re:**  **Joint Letter on Selection of Mediator and Scheduling of Mediation.**  
    *Tavano v. Scott, et al.,* **Case 1:23-cv-08835-MKV**

Dear Judge Vyskocil:

  The Parties to the above-captioned lawsuits write to provide an update on the selection of a mediator and the scheduling of mediation as averred in the parties March 1, 2024 joint initial conference letter.

  The parties have selected James R. Betts for mediation to occur on April 30, 2024 by Zoom or similar videoconference, beginning at 1 PM and lasting up until 9 PM if necessary. The parties have asked the mediator to provide notice if an earlier date becomes available due to a cancellation.

Respectfully,

  /s/

Emma Caterine and Whitley Smith

cc: all attorneys of record via ECF