# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026
WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com
Telephone: (718) 522-7900
Fax: (877) 496-7900

May 1, 2024

<u>VIA ECF</u>
Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    **Re:**    **Joint Letter on Status on Mediation.**
          *Tavano v. Scott, et al.,* **Case 1:23-cv-08835-MKV**

Dear Judge Vyskocil:

    On April 30, 2024 beginning at 1 PM, the parties attended a mediation before James R. Betts. While the parties negotiated for more than 4 hours, they reached an impasse and the case has not been settled. Mr. Betts has offered his services again if the parties wish to return to mediation at a later date.

Respectfully,

    /s/

Emma Caterine and Whitley Smith

cc: all attorneys of record via ECF